UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| BRANDON P. WHITTLEY, | ) | |
| --- | --- | --- |
| Petitioner, | ) | |
| v. | ) | No. 4:17CV983 HEA |
| TROY STEELE, | ) | |
| Respondent. | ) | |

## OPINION, MEMORANDUM AND ORDER

Before the Court is petitioner's motion for leave to proceed in forma pauperis and for appointment of counsel. This matter has been closed since petitioner's application for writ of habeas corpus was denied and dismissed on March 20, 2017. Thus, petitioner's motions will be denied. No additional motions should be filed in this closed action.

Accordingly,

**IT IS HEREBY ORDERED** that petitioner's motion for leave to proceed in forma pauperis and for appointment of counsel in this closed action [Doc. #8] is **DENIED**.

**IT IS FURTHER ORDERED** that no additional motions shall be filed in this closed action.

**IT IS FURTHER ORDERED** that no certificate of appealability shall issue.

Dated this 12th day of March, 2018.

HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE